**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN WALKER-JACKSON, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC., d/b/a SMITH'S FOODS, a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-02066-ART-BNW<br><br>ORDER APPROVING<br><br>**STIPULATION TO CONTINUE BRIEFING OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Plaintiff Karen Walker-Jackson (Plaintiff) and Defendant Smith's Food & Drug Centers, Inc., erroneously named as Smith's Food and Drug Centers, Inc., d/b/a Smith's Foods (Smith's, together with Plaintiff, the Parties) submit their first stipulation to continue the briefing schedule, on Smith's motion for summary judgment (Motion, ECF No. 26), as follows:

1. Plaintiff's response to the Motion is due on February 10, 2023;

2. Due to the nature of the legal and factual issues presented by the Motion, the parties agree to a continuation of the date for Plaintiff to respond to the Motion on February 24, 2023.

3. Smith's will file its response on or before March 17, 2023.

///

///

///

4. This stipulation is for good cause and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: February 8, 2023.

| | |
|---|---|
| */s/ Karl O. Riley*<br>Karl O. Riley<br>Nevada Bar No. 12077<br>COZEN O'CONNOR<br>3753 Howard Hughes Pkwy, Suite 200<br>Las Vegas, NV 89169<br>Telephone: (702) 470-2330<br>koriley@cozen.com<br><br>*Attorney for Defendant Smith's Food and Drug Centers, Inc., erroneously named as Smith's Food and Drug Centers, Inc., d/b/a Smith's Foods* | */s/ Patrick W. Kang*<br>PATRICK W. KANG, ESQ.<br>Nevada Bar No.: 10381<br>KYLE R. TATUM, ESQ.<br>Nevada Bar No.: 13264<br>TIFFANY S. YANG, ESQ.<br>Nevada Bar No.: 15353<br>6480 W. Spring Mountain Rd., Ste. 1 Las Vegas, NV 89146<br>Telephone: (702) 333-4223<br>*Attorneys for Plaintiff Karen Walker-Jackson* |

**ORDER**

**IT IS SO ORDERED.**

Dated: February 9, 2023

Anne R. Traum
United States District Court Judge

2