**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| KAREN WALKER-JACKSON, an Individual; | Case No.: 2:21-cv-02066-ART-BNW |
|                         Plaintiff, | **ORDER GRANTING** |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE |
| SMITH'S FOOD AND DRUG CENTERS, INC. d/b/a SMITH'S FOODS, a Foreign Corporation; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive, | |
|                      Defendants. | |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Plaintiff, KAREN WALKER-JACKSON, by and through her counsel of record of KANG & ASSOCIATES, PLLC, and Defendant, SMITH'S FOOD AND DRUG CENTERS, INC. d/b/a SMITH'S FOODS, by and through its counsel of record of COZEN O'CONNOR, having reached a full and final resolution of this matter, hereby stipulate and agree to the following:

1

IT IS HEREBY STIPULATED Plaintiff's Complaint shall be DISMISSED WITH PREJUDICE against all named Defendants.

IT IS HEREBY FURTHER STIPULATED by and between the parties that each side bear their own attorneys' fees and costs.

**ORDER**

IT IS HEREBY ORDERED that the instant matter shall be dismissed against all Defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each side will bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED: October 20,  2023


_____

Anne R. Traum
United States District Judge